# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MATTHEW K. FIELDS,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON LOGISTICS, INC.,<br><br>Defendant. | Civil Action No.: |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1331, 1441, and 1446, Defendant Amazon Logistics, Inc. ("Amazon Logistics"), through its undersigned counsel, removes this action from the Magistrate Court of Gwinnett County, State of Georgia, to the United States District Court for the Northern District of Georgia. In support of its Notice of Removal, Amazon Logistics states:

### I.   THIS REMOVAL IS TIMELY.

1. Plaintiff Matthew Fields ("Plaintiff") commenced this Action by serving a Notice and Summons and Statement of Claim (the "Complaint") upon Amazon Logistics, captioned *Matthew K. Fields v. Amazon Logistics, Inc.*, Civil Action No. 24-M-17258 (the "State Court Action").

2. The Complaint was filed with the Clerk of Court, in the Magistrate Court of Gwinnett County, Georgia on April 24, 2024, and served on Amazon

Logistics on April 29, 2024. A copy of the State Court Action Complaint and Summons is attached as Exhibit A.

3.No other proceedings have been held in the State Court Action.

4.Fewer than thirty days have elapsed since the State Court Action became removable to this Court.

5.Plaintiff filed the State Court Action as a *pro se* Plaintiff but has since advised that he retained Adelaide Pagano, Esq. of the law firm of Lichten & Liss-Riordan, P.C. to represent him. Counsel has not yet entered an appearance in the Action. The contact information for Plaintiff and his counsel is as follows:

>Matthew K. Fields
>P.O. Box 25607
>Chattanooga, TN 37422
>Matt.k.fields@gmail.com

>Adelaide Pagano
>Lichten & Liss-Riordan, P.C.
>729 Boylston Street, Suite 2000
>Boston, MA 02116
>apagano@llrlaw.com

6.Amazon Logistics is the only Defendant in the State Court Action.[1] Amazon Logistics, Inc. is a corporation organized under the laws of the State of Delaware, with its principal place of business and corporate headquarters in Seattle, Washington. Amazon Logistics, Inc. is a citizen of Delaware and Washington. 28 U.S.C. § 1332(c)(1). Amazon Logistics is represented by Littler

---

[1] Since no other defendants have been joined or served, the requirement that all defendants consent to removal is satisfied. *See* 28 U.S.C. § 1446(b)(2)(A).

Mendelson, P.C., 3424 Peachtree Road NE., Suite 1200, Atlanta, Georgia 30326 and Morgan, Lewis & Bockius LLP, 502 Carnegie Center, Princeton, New Jersey 08540.

7. No previous Notice of Removal has been filed or made with this Court for the relief sought herein.

## II. THIS COURT HAS ORIGINAL SUBJECT MATTER JURISDICTION UNDER 28 U.S.C. §§ 1331.

8. Amazon Logistics removes this Action based on federal question jurisdiction. This Court has original jurisdiction over this Action pursuant to 28 U.S.C. § 1331, which authorizes federal question jurisdiction over any civil action arising under the Constitution, laws, or treaties of the United States. (*See* Ex. A, Compl.)

9. Plaintiff's claim for relief against Amazon Logistics alleged in the State Court Action arises under the federal Fair Labor Standards Act, 29 U.S.C. § 201, *et. seq.*, as Plaintiff describes the basis for the suit as "Violations of the Fair Labor Standards Act (FLSA)." (*See* Ex. A, Compl.)

10. Because Plaintiff's FLSA claim arises under federal law, this Court has original jurisdiction over this action, pursuant to 28 U.S.C. § 1331.

## III. VENUE

11. This Action was originally filed in the Magistrate Court of Gwinnett County, Georgia. Therefore, the Action is properly removal to this Court, pursuant

3

to 28 U.S.C. § 1441(a), because it encompasses the county in which this Action has been pending.

## IV.   **NOTICE**

12.   Amazon Logistics will promptly serve this Notice of Removal on all parties and will promptly file a copy of this Notice of Removal with the clerk of the state court in which the State Court Action is pending, as required under 28 U.S.C. § 1446(d). (*See* Ex. B, a copy of the state court Notice of Filing Notice of Removal).

13.   Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all "process, pleadings, and orders served" upon Amazon Logistics as well as other documents filed in the state court action are filed concurrently with this Notice of Removal as exhibits hereto.

## V.   **CONCLUSION**

14.   By filing a Notice of Removal, Amazon Logistics does not waive any arguments, defenses, affirmative defenses, or rights, all of which are hereby specifically reserved.

15.   Based on the foregoing, Amazon Logistics requests that this Action be removed to this Court from the Magistrate Court of Gwinnett County, Georgia, for all further proceedings.

16. If any question arises as to the propriety of the removal of this Action, Amazon Logistics respectfully requests the opportunity to present a brief and oral argument in support of its position that this case is subject to removal.

Dated:  May 9, 2024

Respectfully submitted,

/s/ Adonica N. Plummer
Adonica N. Plummer
GA Bar No. 770280
LITTLER MENDELSON, P.C.
3424 Peachtree Rd NE Suite 1200
Atlanta, Georgia 30326
404.233.0330
aplummer@littler.com

Sean P. Lynch (*pro hac vice motion to be filed*)
MORGAN LEWIS & BOCKIUS, LLP
502 Carnegie Center
Princeton, New Jersey 08540
609.919.6611
sean.lynch@morganlewis.com
*Attorneys for Defendant Amazon Logistics, Inc.*

## **<u>FONT CERTIFICATION</u>**

The undersigned hereby certifies that this pleading complied with the font requirements of LR 5.1B because the document has been prepared in Times New Roman, 14 point.

                                                   *<u>/s/ Adonica N. Plummer</u>*
                                                   Adonica N. Plummer

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2024, I electronically filed the foregoing **Notice of Removal** with attached exhibits with the Clerk of Court using the CM/ECF filing system. I also certify that a copy of **DEFENDANT'S NOTICE OF REMOVAL** was served (as an attachment to the notice filed with the Magistrate Court of Gwinnett County, Georgia, pursuant to 28 U.S.C. § 1446 (d), on Plaintiff via. U.S. Mail as follows:

>Matthew K. Fields
>P.O. Box 25607
>Chattanooga, TN 37422

In addition, I served a copy of the foregoing **Notice of Removal** with attached exhibits via electronic mail upon the following counsel who we understand has been retained to represent Plaintiff but has not yet entered an appearance in this action:

>Adelaide Pagano
>Lichten & Liss-Riordan, P.C.
>729 Boylston Street, Suite 2000
>Boston, MA 02116
>apagano@llrlaw.com

>*/s/ Adonica N. Plummer*
>Adonica N. Plummer