# EXHIBIT A

IN THE MAGISTRATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

Mathew K. Fields
PO Box 25607
Chattanooga, TN. 37422

**Plaintiff(s) Name, Address**

Vs

Amazon Logistics Inc.
c/o Corporation Service Co.
2 Sun Court, Suite 400
Peachtree Corners, GA. 30092

**Defendant(s) Name, Address & Daytime Telephone #, if known; Or evening #.**

Clerk, Gwinnett Magistrate Court, P.O. Box 246
Lawrenceville, GA 30046-0246 (770- 822-8100, Ext. Civil Div.)

10GC

Civil Action No. 24-M-17258

# STATEMENT OF CLAIM

INFO & FORMS ON INTERNET, www.gwinnettcourts.com
E-Mail: mag@gwinnettcounty.com

[FILED 2024 APR 22 PM — TIANA P. GARNER, CLERK MAGISTRATE COURT GWINNETT COUNTY, GA]

[ ] Suit on Note   [ ] Suit on Account   [✓] Other Violations of the Fair Labor Standards Act (FLSA)

1. The Court has jurisdiction over the defendant(s) [✓] the Defendant(s) is a resident of Gwinnett County; [ ] Other (please specify)

2. Plaintiff(s) claims the Defendant(s) is indebted to the Plaintiff(s) as follows (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim): Plaintiff has been misclassified as an "Independent Contractor" which precludes Plaintiff from certain workplace protections, overtime pay, etc. Plaintiff has been denied the right to Health, Life, and Dental Insurance and faces increased tax burdens. Defendant wrongfully terminated Plaintiff on April 22, 2024.

3. That said claim is in the amount of $ 15,000.00, principal $_____ interest, plus $ 106.00 costs to date, and all future costs of this suit.

State of Georgia, Gwinnett County:

Mathew K. Fields being duly sworn on oath says the foregoing is a just and true statement the amount owing by defendant(s) to plaintiff(s), exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this

22 day of April, 20 24

_[Notary seal - Gwinnett County Magistrate Court, Georgia]_

**Notary Public/Attesting Official**

Plaintiff(s) or Agent

(If Agent-Title or Capacity)

(423) 432-3472
**Day Time Phone Number**

I request a civil trial: [ ] during normal business hours  —OR—  [ ] 6:30 p.m. Trial    ALL CONFLICTS WILL BE SET FOR 6:30 p.m. Trials

## NOTICE AND SUMMONS

**TO: All Defendant(s)** You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained for the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, *JUDGMENT BY DEFAULT* WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE. If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at the Gwinnett Justice & Administration Center, 75 Langley Dr., Lawrenceville, GA 30046, at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff(s), you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff(s)' claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

This 22 day of April, 20 24

Magistrate or Deputy Clerk of Court

See Instructions on Reverse Side of this Document

Civil Action No. __24-M-17258__

Date Filed __4/22/24__

Magistrate Court ☑
Superior Court ☐
State Court ☐

Georgia, Gwinnett County

__Matthew K. Fields__

Attorney's Address

**Plaintiff**

VS.

__Amazon Logistics Inc.__
__(DBA Amazon Flex)__

**Defendant**

Name and Address of party to be served.

__Amazon Logistics Inc.__
__C/o Corporation Service Co.__
__2 Sun Court, Suite 400__
__Peachtree Corners, GA. 30092__

**Garnishee**

## Sheriff's Entry Of Service

**Personal ☐** I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious ☐** I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation ☑** Served the defendant __Amazon Logistics Inc__ a corporation
by leaving a copy of the within action and summons with __Alpha Smith__
in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail ☐** I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est ☐** Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This _____ day of __May__, 20__24__.    _____ Deputy

Sheriff Docket _____ Page _____    Gwinnett County, Georgia

WHITE: Clerk    CANARY: Plaintiff / Attorney    PINK: Defendant

SC-2 Rev.3.13

# Gwinnett County Sheriff's Office
## Cover Sheet




**Sheriff #:**  24013874

**Person Served:**  AMAZON LOGISTICS INC
2 SUN COURT SUITE 400
Peachtree Corners GA 30092
PHONE:

## Process Information:

| | | | |
|---|---|---|---|
| Date Received: | 04/26/2024 | | |
| Assigned Zone: | 2 Sun Court | Court Case #: | 24-M-17258 |
| Expiration Date: | | Hearing Date: | |
| Paper Types: | STATEMENT OF CLAIM & NOTICE AND SUMMONS | | |
| Notes/Alerts: | | | |

**Notes:**