# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW K. FIELDS, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON LOGISTICS INC., <br><br> Defendant. | Civil Action No. 1:24-CV-02032-AT |

## DEFENDANT AMAZON LOGISTICS, INC.'S MOTION
## TO COMPEL ARBITRATION AND STAY LITIGATION

In accordance with the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, and applicable state law, including the Delaware Uniform Arbitration Act, Del. Code tit. 10, § 5701 *et seq.*, Defendant Amazon Logistics, Inc. ("Amazon") moves the Court to compel arbitration pursuant to the parties' arbitration agreement and stay this litigation pending arbitration. Amazon submits the accompanying memorandum of law and exhibits in support of this Motion.

For the reasons set out in the accompanying documents, the Court should order Plaintiff Matthew K. Fields to arbitrate this dispute pursuant to the parties' agreement and, in accordance with 9 U.S.C. § 3 and applicable Delaware law, should stay proceedings in this Court pending the conclusion of arbitration.

Dated:  June 10, 2024                                         Respectfully submitted,

| | |
|---|---|
| Sean P. Lynch (*pro hac vice*) <br> MORGAN, LEWIS & BOCKIUS LLP <br> 502 Carnegie Center <br> Princeton, NJ  08540 <br> Tel.:  (609) 919-6611 <br> Fax:  (877) 432-9652 <br> sean.lynch@morganlewis.com <br><br> Michael E. Kenneally (*pro hac vice*) <br> MORGAN, LEWIS & BOCKIUS LLP <br> 1111 Pennsylvania Avenue, N.W. <br> Washington, DC  20004 <br> Tel.:  (202) 739-5893 <br> Fax:  (202) 739-3001 <br> michael.kenneally@morganlewis.com | */s/ Adonica N. Plummer* <br> Adonica N. Plummer <br> GA Bar No. 770280 <br> LITTLER MENDELSON, P.C. <br> 3424 Peachtree Rd NE Suite 1200 <br> Atlanta, GA  30326 <br> Tel.:  (404) 233-0330 <br> Fax:  (404) 233-2361 <br> aplummer@littler.com <br><br><br> *Attorneys for Defendant* <br> *Amazon Logistics, Inc.* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW K. FIELDS, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON LOGISTICS INC., <br><br> Defendant. | Civil Action No. 1:24-CV-02032-AT |

## CERTIFICATE OF SERVICE

I hereby certify that, on June 10, 2024, the foregoing **DEFENDANT AMAZON LOGISTICS, INC.'S MOTION TO COMPEL ARBITRATION AND STAY LITIGATION** was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including Plaintiff's counsel of record as follows:

William S. Cleveland<br>
POOLE HUFFMAN, LLC<br>
billy@poolehuffman.com

        */s/ Adonica N. Plummer*
        Adonica N. Plummer
        GA Bar No. 770280